# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ADRIANA EULALIA TREMILLO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **KRISTI NOEM, SECRETARY OF THE** | § | |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; TODD LYONS,** | § | No.  3:26-CV-00699-LS |
| **DIRECTOR OF IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT; MARY** | § | |
| **DE ANDA-YBARRA, FIELD OFFICE** | § | |
| **DIRECTOR FOR EL PASO** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; PAMELA BONDI,** | § | |
| **ATTORNEY GENERAL OF THE** | § | |
| **UNITED STATES; AND WARDEN, EL** | § | |
| **PASO ICE PROCESSING CENTER,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER SETTING STATUS CONFERENCE

The Court finds that a status conference is required in this case. Parties should be prepared to address all pending motions and bring proposed orders should the Court decide to rule from the bench. The hearing will be **LIVE AND IN-PERSON** in Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas, on **March 27, 2026 at 11:00 a.m**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 19, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**