# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ADRIANA EULALIA TREMILLO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **KRISTI NOEM, SECRETARY OF THE** | § | No.  3:26-CV-00699-LS |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; TODD LYONS,** | § | |
| **DIRECTOR OF IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT; MARY** | § | |
| **DE ANDA-YBARRA, FIELD OFFICE** | § | |
| **DIRECTOR FOR EL PASO** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; PAMELA BONDI,** | § | |
| **ATTORNEY GENERAL OF THE** | § | |
| **UNITED STATES; AND WARDEN, EL** | § | |
| **PASO ICE PROCESSING CENTER,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Motion for Voluntary Dismissal,[1] the Court dismisses this action without prejudice. All hearings and deadlines are vacated.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 20, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 6.